MAK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

John Edward Palm

Computer Nerds Inc

18    4173

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Rasheed Bell

David Rowland

David Reed

David Hill

Darien Thomas

Sandra Thomas - George

Shirlene Morris

Byron Hayes

Bundy Type Writers & Computer/Geek Squad

Vernon Morrison

Rochelle Morrison

**COMPLAINT**

Jury Trial: ☒ Yes    ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.    Parties in this complaint:**

A.    List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

| | | |
|---|---|---|
| Plaintiff | Name | John Edward Palm |
| | Street Address | 2848 N Bailey St |
| | County, City | Philadelphia Pa |
| | State & Zip Code | 19132 |
| | Telephone Number | 215 251 8131 |

*Rev. 10/2009*

B.  List all defendants.  You should state the full name of the defendants, even if that defendant is a
    government agency, an organization, a corporation, or an individual.  Include the address where each
    defendant can be served.  Make sure that the defendant(s) listed below are identical to those contained in
    the above caption.  Attach additional sheets of paper as necessary.

Defendant No. 1  Name **Rasheed Bell**

        Street Address **3955 Conshohocken Ave**

        County, City **Philadelphia, PA**

        State & Zip Code **19131**

Defendant No. 2  Name **David Reed**

        Street Address **3955 Conshohocken**

        County, City **Philadelphia, PA**

        State & Zip Code **19131**

Defendant No. 3  Name **Sharon Baptist Church**

        Street Address **3955 Conshohocken Ave**

        County, City **Phila, PA**

        State & Zip Code **19131**

Defendant No. 4  Name **Bundy Type Writer & Computer**

        Street Address **1809 Chestnut St**

        County, City **Phila, PA**

        State & Zip Code **19103**

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases
involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a
case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C.
§ 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than
$75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*

  ☒ Federal Questions  ☐ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty rights at
  issue? **Trademark infringement, Monopolized power Anti Trust, Copyrights, Substitution of pary becoming incompetent, Federal practice & procedure, Fraud kidnapping, Sherman Act willful misconduct under unfair or deceptive acts, Attempt to monopolize**

C.      If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship ___John Edward Palm / PENNSYLVANIA___

Defendant(s) state(s) of citizenship ___Rasheed Bell / PENNSYLVANIA___

## III.      Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.      Where did the events giving rise to your claim(s) occur? ___PENNSYLVANIA, United States EUROPE, ABROAD___

B.      What date and approximate time did the events giving rise to your claim(s) occur? ___2009 - 2018___

C.      Facts: My intelectual property has been illegally used & stolen, monopolized on city, state & international platforms. My business plan & trademark has been used in conjunction with incompetent business structure, fraud, fraudulent procurement, Anti Trust, combination to conspiracy to monopolize, monopoly power, intent to monopolize.
Rasheed Bell stole & infringe on my trademark several thousand times along with his church & Darien Thomas & people listed. Each person playing a different purpose in this crime ring

> What happened to you?

> Who did what?

Bundy Type - Writer & Computer, Nerd It Now, Geek Squad, Apple Technologies, John Street, Sharif Street, Milton Street, Dwight Evans.

> Was anyone else involved?

FBI Cyber Crimes, License & Inspection, FBI Sharon Baptist Church, customer, Social Net... Internet

> Who else saw what happened?

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. CAR ACCIDENTS  2 CAR ACCIDENTS

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

IV.     Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any,
you required and received. CAR ACCIDENTS 2 CAR ACCIDENTS
(1) 2006 & (2) 2015 both ARE CONNECTED to
NOTEABLE PEOPLE that has both STOLEN my
RESUME & business intellectual property... SPINE
has been broken IN SEVERAL different AREAS
still RECEIVING treatment... MRI, EMG, Trigger
point injections, pain medicines, flexeral,
pinced NERVES, chiropracter,

V.      Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and
the basis for such compensation. DARIEN THOMAS, SANDRA THOMAS, CRAIG Thomas,
Rochelle JONES, RASHEED BELL etc SEE NOTES
HAVE destroyed my life & business so many
times, giving AWAY business plans, resumes,
business names, MASTERMINDING a CONVERSATION
that has NO END OR ACCOUNTABILITY that turned
INTERNATIONAL. I believe that ECONOMY is suffering
because of these VERY Actions, stealing grant money,
stealing CAMPAIGN MONEY, RUNNING AN illegal
drug ring, RUNNING incompetant businesses.
My NAME has been used SEVERAL thousand times
AND multiplied with my EXPERIENCE & TRAINING
TRANSCRIPTS included. I would the court to
AWARD ME & my children & CORPORATIONS $4,000,000,000.00
OR MORE which is CONTINGENT on other FEDERAL & INTERNATIONAL
LAWS AND CORPORATIONS INVOLVED.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 26th day of _SEPTEMBER_ , 20 18 .

Signature of Plaintiff _John Palm_

Mailing Address _2848 N Bailey st_
_Philadelphia, PA 19132_

Telephone Number _215 251 8131_

Fax Number *(if you have one)*

E-mail Address _John.Palm@hotmail.com_

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____

Inmate Number _____